

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT G. HOULE, | § | |
| | | No. 08-17-00189-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 210th District Court |
| JOSE LUIS CASILLAS, CASCO | § | |
| INVESTMENTS INC. AND JLC | | of El Paso County, Texas |
| VENTURES, INC., | § | |
| Appellees. | | (TC #2011-2614) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's order granting summary judgment as to Appellant's cause of action for actual fraud. We therefore affirm that portion of the trial court's judgment.

We further conclude there was error in the trial court's order granting summary judgment as to Appellant's cause of action for breach of fiduciary duty, breach of the implied covenant of good faith and fair dealing, unjust enrichment, breach of contract, and constructive fraud. We therefore reverse that portion of the trial court's judgment, and remand the cause to the trial court for further proceedings in accordance with our opinion.

We further order that Appellant, and his sureties, if any, and Appellees each pay one-half (1/2) the costs of this appeal. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER, 2019.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment